**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 432 MAL 2019
:
Petitioner :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
LORI J. KLINER-KRENZEL, :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.